# United States District Court
## For The Western District of North Carolina
### Charlotte Division

David Michael Blackmon,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:05cv40

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/29/2008 Order.

Signed: September 29, 2008

Frank G. Johns, Clerk
United States District Court